UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DOUGLAS GORDON, | ) | |
| Plaintiff, | ) ) ) | 1:22-cv-00386-JAW |
| v. | ) ) | |
| DENISE ROBERSON, et al., | ) ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed August 8, 2023, and after a de novo review by this Court, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Defendants' Motion to Dismiss for Failure to State a Claim (ECF # 16) be and hereby is GRANTED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 31st day of August, 2023